No. 77–6356.  CONANT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–6363.  LEWIS v. ROSE, WARDEN; and
No. 77–6404.  HODGES v. ROSE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 77–6368.  JACKSON ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 77–6377.  HOHMANN v. CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 77–6380.  HETLAND v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 77–6381.  YOUNG v. CLANON, MEDICAL FACILITY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 77–6382.  MULERO ET UX. v. AUTORIDAD DE LAS FUENTES FLUVIALES DE PUERTO RICO.  Sup. Ct. P. R.  Certiorari denied.

No. 77–6391.  GIBSON v. ROSE, WARDEN.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 77–6392.  PINEDA v. FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 77–6399.  BATTEN v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 77–6402.  HARDIN v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 77–6408.  CLAYTON v. LOGGINS, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 77–6412.  JUSTICE v. HESSELDEN PLUMBING Co.  Ct. App. Ohio, Franklin County.  Certiorari denied.